```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 17602
   MITCHELL D FORSBERG
   JACQUELINE P FORSBERG                    CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
      Debtor
   SSN XXX-XX-3285    SSN XXX-XX-6894

-----------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/26/07 .

   2.  The case was converted to Chapter 7 without confirmation, 10/16/2007.

   3.  The Debtor paid a total of $    405.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DUPAGE CREDIT UNION | CURRENT MORTG | .00 | .00 | .00 |
| DUPAGE CREDIT UNION | SECURED VEHIC | .00 | .00 | .00 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | .00 | .00 | .00 |
| SILVERLEAF RESORT INC | UNSECURED | NOT FILED | .00 | .00 |
| AR CONCEPTS | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT FIRST NA | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| CEMB | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GRACE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| GREEN TEE LAWN CARE INC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |

```
SPALDING CLINICAL SERVIC UNSECURED        NOT FILED              .00           .00
THD CBSD                 UNSECURED        NOT FILED              .00           .00
WASHINGTON MUTUAL CARD S UNSECURED        NOT FILED              .00           .00
     Summary of disbursements:
---------------------------------------------------------------------------------
                        SECURED    PRIORITY   UNSECURED        OTHER         TOTAL
---------------------------------------------------------------------------------
TOTAL CLMS ALLOWED          .00         .00         .00          .00           .00
PRINCIPAL PAID              .00         .00         .00          .00           .00
INTEREST PAID               .00         .00         .00          .00           .00
TOTAL PAID                  .00         .00         .00          .00           .00
```

The Debtor's attorney, JOHN J LYNCH                  , was allowed $   3500.00
and was paid $    2156.00   direct and $     386.77  through the plan.

The Trustee received $       18.23 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 01/14/08                /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
      CASE NO. 07 B 17602 MITCHELL D FORSBERG & JACQUELINE P FORSBERG