# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| FORSBERG, MITCHELL D | § | Case No. 07-17602 |
| FORSBERG, JACQUELINE P | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF COURT
> 219 S. DEARBORN STREET
> CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/26/2010 in Courtroom 4016,
> DuPage Judicial Center
> 505 N. County Farm Road
> Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/23/2010                By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UST Form 101-7-NFR (9/1/2009) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| FORSBERG, MITCHELL D | § | Case No. 07-17602 |
| FORSBERG, JACQUELINE P | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| *The Final Report shows receipts of* | $ | 7,945.47 |
| *and approved disbursements of* | $ | 8.59 |
| *leaving a balance on hand of*[1] | $ | 7,936.88 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
| --- | --- |
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | Fees | Expenses |
| --- | --- | --- |
| Trustee: BRENDA PORTER HELMS, TRUSTEE | $ 1,544.55 | $ 0.00 |
| Attorney for trustee: | $ | $ |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page 2)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Charges: |  | $ | $ |
| Fees: |  | $ | $ |
| Other: |  | $ | $ |
| Other: |  | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: |  | $ | $ |
| Attorney for: |  | $ | $ |
| Accountant for: |  | $ | $ |
| Appraiser for: |  | $ | $ |
| Other: | Law Office of John J Lynch, PC | $ 1,344.00 | $ 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 45,248.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Capital One Bank | $ 2,840.86 | $ 316.95 |
| 000002 | Rbs Citizens, N.A | $ 4,692.21 | $ 523.50 |
| 000003 | Credit First N A | $ 1,052.11 | $ 117.38 |
| 000004 | Chase Bank USA,N.A | $ 895.63 | $ 99.93 |
| 000005 | eCAST Settlement Corp/Citibank | $ 585.18 | $ 65.29 |
| 000006 | eCAST Settlement Corp/ GE Money | $ 578.53 | $ 64.55 |
| 000007 | eCAST Settlement Corp/GE Money | $ 4,870.39 | $ 543.38 |
| 000008 | eCAST Settlement Corp/GE Money | $ 304.04 | $ 33.92 |
| 000009 | LVNV Funding LLC/Citibank | $ 3,329.31 | $ 371.45 |
| 000010 | LVNV Funding LLC /Washington Mutual | $ 15,855.81 | $ 1,769.02 |
| 000011 | LVNV Funding LLC / Citibank | $ 522.93 | $ 58.34 |
| 000013 | FIA Card Services, N.A./Bank of America | $ 9,721.53 | $ 1,084.62 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

UST Form 101-7-NFR (9/1/2009) (Page: 4)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009) (Page: 5)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mrahmoun              Page 1 of 2                  Date Rcvd: Feb 24, 2010
Case: 07-17602                Form ID: pdf006             Total Noticed: 37


The following entities were noticed by first class mail on Feb 26, 2010.
db/jdb        +Mitchell D Forsberg,   Jacqueline P Forsberg,   4055 Heinz Drive,   Aurora, IL 60504-5368
aty           +John J Lynch,   Law Offices of John J Lynch, P.C.,   801 Warrenville Road, Suite 560,
               Lisle, IL 60532-4321
tr            +Brenda Porter Helms, ESQ,   The Helms Law Firm, P.C.,   3400 West Lawrence,
               Chicago, IL 60625-5104
11636455      +Bank Of America,   Pob 17054,   Wilmington, DE 19884-0001
11636456      +Cap One Bk,   Po Box 85520,   Richmond, VA 23285-5520
11652072      +Capital One Bank,   C O Tsys Debt Mgmt,   PO Box 5155,   Norcross , GA 30091-5155
11636457      +Charter One,   1000 Lafayette Blvd,   Bridgeport, CT 06604-4725
11636458      +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
11725061      +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
11636459      +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
11683763      +Credit First N A,   Po Box 818011,   Cleveland Oh 44181-8011
11636460      +Credit First N A,   6275 Eastland Rd,   Brook Park, OH 44142-1399
11636461      +Dupage Credit Union,   1515 Bond St,   Naperville, IL 60563-0112
11636462      +Gemb/Jcp,   Po Box 984100,   El Paso, TX 79998-4100
11636465      +Grace Hospital,   2201 South Sterling Street,   Morganton, NC 28655-4058
11636466      +Green Tee Lawn Care Inc.,   396 Fenton Lane, Ste. 605,   West Chicago, IL 60185-2687
11636467      +Harris Bank NA,   PO Box 6201,   Carol Stream, IL 60197-6201
11636468      +Hsbc/Carsn,   Po Box 15521,   Wilmington, DE 19850-5521
12202321      +Law Office of John J Lynch, PC,   801 Warrenville Road, Suite 560,   Lisle, IL 60532-4321
11656971      +Rbs Citizens, N.A,   PO Box 7054,   Bridgeport, CT 06601-7054
11636470      +Rush Copley Medical Center,   2000 Odgen Avenue,   Aurora, IL 60504-5893
11636471      +Sears/Cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
11636472      +Silverleaf Resorts Inc.,   PO Box 911521,   Dallas, TX 75391-1521
11636473      +Spalding Clinical Services, Inc.,   Keith LeVasseur, LCPC,   1831 Bay Scott Circle,
               Naperville, IL 60540-1114
11636474      +Thd/Cbsd,   Po Box 6003,   Hagerstown, MD 21747-6003
11636475       Wash Mutual/Providian,   Po Box 9180,   Pleasanton, CA 94566
12136703       eCAST Settlement Corporation assignee of,   Citibank USA NA HOME DEPOT,   POB 35480,
               Newark NJ 07193-5480
12136704       eCAST Settlement Corporation assignee of,   GE Money Bank JC Penney Consumer,   POB 35480,
               Newark NJ 07193-5480
12136706       eCAST Settlement Corporation assignee of,   GE Money Bank Linens N Things,   POB 35480,
               Newark NJ 07193-5480
12136705       eCAST Settlement Corporation assignee of,   GE Money Bank MEIJER DUAL CARD,   POB 35480,
               Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Feb 24, 2010.
11636454      +E-mail/Text: KM@ARCONCEPTSINC.COM                           A/R Concepts,   2320 Dean St,
               Saint Charles, IL 60175-1068
12205143       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 25 2010 00:28:09
               FIA Card Services, N.A./Bank of America,   by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
11636463      +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2010 00:43:48     Gemb/Linen N Things,
               Po Box 981400,   El Paso, TX 79998-1400
11636464      +E-mail/PDF: gecsedi@recoverycorp.com Feb 25 2010 00:43:48     Gemb/Meijer Dc,   Po Box 981400,
               El Paso, TX 79998-1400
11636469      +E-mail/PDF: cr-bankruptcy@kohls.com Feb 25 2010 00:46:15     Kohls/Chase,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
12140494       E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,   assignee of Washington Mutual,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
12140477       E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                             TOTAL: 7

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1           User: mrahmoun              Page 2 of 2                Date Rcvd: Feb 24, 2010
Case: 07-17602                 Form ID: pdf006             Total Noticed: 37

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 26, 2010**              **Signature:** _/s/ Joseph Speetjens_